```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 05625
   DARREN SHOULDERS
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-1858

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 03/10/2008 and was confirmed 06/16/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was converted to chapter 7 after confirmation 06/26/2008.
--------------------------------------------------------------------------------
CREDITOR NAME                 CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                                  PAID          PAID
--------------------------------------------------------------------------------
CINGULAR                      UNSECURED       NOT FILED            .00           .00
CINGULAR                      UNSECURED       NOT FILED            .00           .00
CINGULAR                      UNSECURED       NOT FILED            .00           .00
SUBURBAN EMERGENCY PHYSI      UNSECURED       NOT FILED            .00           .00
PORTFOLIO RECOVERY ASSOC      UNSECURED          342.68            .00           .00
ADVOCATE SOUTH SUBURBAN       UNSECURED       NOT FILED            .00           .00
MIDWEST PHYSICIAN GROUP       UNSECURED       NOT FILED            .00           .00
INGALLS MEMORIAL HOSPITA      UNSECURED       NOT FILED            .00           .00
AT&T                          UNSECURED       NOT FILED            .00           .00
AT&T WIRELESS                 UNSECURED       NOT FILED            .00           .00
SAMS CLUB                     UNSECURED       NOT FILED            .00           .00
WELLS FARGO AUTO FINANCE      UNSECURED       NOT FILED            .00           .00
RDI BLUE GREEN CORP           SECURED NOT I        .00             .00           .00
CHASE MANHATTAN MTG CORP      CURRENT MORTG        .00             .00           .00
CHASE MANHATTAN MTG CORP      MORTGAGE ARRE    10682.12            .00           .00
NUVELL CREDIT CO LLC          SECURED VEHIC        .00             .00           .00
ILLINOIS DEPT HUMAN SERV      PRIORITY      NOT FILED              .00           .00
NUVELL CREDIT CO LLC          UNSECURED            .00             .00           .00
JEFFERSON CAPITAL SYSTEM      UNSECURED          214.90            .00           .00
CAREY & CAREY                 NOTICE ONLY   NOT FILED              .00           .00
WIRELESS RETAIL               UNSECURED      NOT FILED             .00           .00
BLUEGREEN CORP                UNSECURED      NOT FILED             .00           .00
ROBERT J SEMRAD & ASSOC       REIMBURSEMENT    356.00              .00        356.00
HSBC                          UNSECURED         209.96             .00           .00
ROBERT J SEMRAD & ASSOC       DEBTOR ATTY    3,500.00                          663.04
TOM VAUGHN                    TRUSTEE                                           88.61
DEBTOR REFUND                 REFUND                                            92.30

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------

                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 05625 DARREN SHOULDERS
```

```
TRUSTEE                                        1,199.95

PRIORITY                                                         356.00
SECURED                                                             .00
UNSECURED                                                           .00
ADMINISTRATIVE                                                   663.04
TRUSTEE COMPENSATION                                              88.61
DEBTOR REFUND                                                     92.30
                                              ---------------  ---------------
TOTALS                                         1,199.95         1,199.95
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                                         /s/ Tom Vaughn
Dated: 10/22/08                          _____
                                         TOM VAUGHN
                                         CHAPTER 13 TRUSTEE
```